2026R00084/JM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED

JUN 23 2026

AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ
_____M

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. J. Brendan Day |
| v. | Mag. No. 26-5044 |
| ELIEZER KADOCH | 18 U.S.C. § 611 |

INFORMATION

The United States charges:

On or about November 8, 2022, in Ocean County, in the District of New Jersey, the defendant,

ELIEZER KADOCH,

an alien, knowing that he was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of the President, Vice President, Presidential elector, Member of the Senate, or Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611.

ROBERT FRAZER
United States Attorney

Joseph McFarlane
Assistant U.S. Attorney

Approved:

Ronnell L. Wilson
Ronnell L. Wilson
Chief, Special Prosecutions Division

CASE NUMBER: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## UNITED STATES OF AMERICA

v.

## ELIEZER KADOCH

# INFORMATION FOR

## 18 U.S.C. § 611

### ROBERT FRAZER
**United States Attorney**

### JOSEPH MCFARLANE
*ASSISTANT U.S. ATTORNEY*
*CAMDEN, NEW JERSEY*
*856-757-5026*