DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

ELIEZER KADOCH

Mag. No. 26-5044

**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES**

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant. .

By: /s/ Joseph McFarlane
Assistant U.S. Attorney

Date: October 5, 2026